# UNITED STATES DISTRICT COURT

for the

__Eastern__ District of __California__

_____ Division

FILED
JAN 10 2024
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Case No. __1:24-CV-00046 BAM__
(to be filled in by the Clerk's Office)

__Lukas Henderson (buisness owner)__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Jury Trial: (check one)  ☐ Yes  ☒ No

-v-

__hucype__
__18081 Redondo circle__
__Hunnington beach, CA, 92648__
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

RECEIVED
JAN 10 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name __Lukas Henderson__
Street Address __136 east childs ave__
City and County __Merced, CA, 95340__
State and Zip Code __California, 95340__
Telephone Number __(209) 421-9082__
E-mail Address __Lukashenderson39@gmail.com__

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: http: media@huupe.com
- Job or Title (if known): 
- Street Address: 18081 Redondo Circle
- City and County: Huntington beach CA, United States
- State and Zip Code: CA, 92648
- Telephone Number: (209) 421-9082
- E-mail Address (if known): media@huupe.com

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Huupe has stolen and used my patient for the Luca vision 3D basketball Hoop I am seek punitive damages for common wealth.*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Lukus Henderson, is a citizen of the State of *(name)* California.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Luca Vision Entertainment Furniture, is incorporated under the laws of the State of *(name)* and Appliances ect.,
      and has its principal place of business in the State of *(name)* California.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b.   If the defendant is a corporation

   The defendant, (name) __huupe, com__, is incorporated under the laws of the State of (name) __California__, and has its principal place of business in the State of (name) __California__.

   Or is incorporated under the laws of (foreign nation) _____,

   and has its principal place of business in (name) __united state of America__.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

   They may have made millions of dollar revenue already each sold is marked at 4,995 dollars which quantities sold of over judicial cost court amounts

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In my example examinates page 1, a model of my Luca vision 3D basketball hoops which patient falls in 2021 model built on display with a soon date of March 28 2022 page 2. Show a realese date of May 17 2022 for the Huupe product.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the court for the rights to my patient and punitive damages with common wealth. The fact are true and no basis.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/06/2023

Signature of Plaintiff
Printed Name of Plaintiff   Lukas Elijah Henderson

B. **For Attorneys**

Date of signing: _____

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Street Address               _____
State and Zip Code           _____
Telephone Number             _____
E-mail Address               _____

First post of Product
Luca vision 3D basketball Hoop

Page 1

@luca...3122
Luca Vision entertainment
furniture and appliances ect
basketball hoop model

hoop model

2022

2 likes

Share

page 2



# huupe

890 likes · 1.1K followers

The First Smart Basketball huupe. We are connecting the world 🏀 through the game ● we love!

**Message** | Like | ...

Posts   About   Videos   Photos   More ▼

**Details**

ℹ️ **Page** · Sports

🔗 huupe.com

✉️ media@huupe.com

··· See huupe's About Info

Page 2 → continues

← About

*page 2*

## Category

 Sports

## Contact info

 18081 Redondo Cir., Huntington Beach, CA, United States, 92648
Address

 media@huupe.com
Email

 http://huupe.com/
Website

## Page transparency

Facebook is showing information to help you understand the purpose of this Page.

 113945027983101
Page ID

*huppe's creation day*

 May 17, 2022
Creation date

 Admin info
This Page can have multiple admins. They may have permission to post content, comment or send messages as the Page.

 This Page is not currently running ads.

Page manager location is United States

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: __Lukas Elijah Henderson / Luca Vision Entertainment Furniture and appliances ect.__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __media@huupe.com__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __federal court eastern__,
(CAPTION OF ACTION)

which is case number _____ in the United States District Court
(DOCKET NUMBER)

for the ____Eastern____ District of ____California____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __Sat, Dec 23, 2023__,
or within 90 days after that date if the request was sent outside the United States. (DATE REQUEST WAS SENT)

__12/23/2023__  __(signature)__
(DATE)  (SIGNATURE)

Printed/Typed Name: __Lukas Elijah Henderson__

As __Owner__ of __Huupe basketball rim__
(TITLE)  (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

| TO: | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | federal court eastern district of California |
| DATE FILED 12/28/2023 | |
| PLAINTIFF Lucas Elijah Henderson Luca Vision Entertainment furniture and Appliances ect. | DEFENDANT huupe.com media@huupe.com 18081 Redondo Cir, Huntington beach CA, 92648 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | 3D basketball Hoop | Luca Vision Entertainmen furniture appliances, etc |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED 12/28/2023 | INCLUDED BY ☒ Amendment   ☐ Answer   ☐ Cross Bill   ☒ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED   ☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED   ☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _Eastern district (Fresno CA)_ on the following

☐ Trademarks or   ☒ Patents.   ( ☒ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>12/28/2023 | U.S. DISTRICT COURT<br>Eastern district CA (Fresno CA) |
|---|---|---|
| PLAINTIFF<br>Lukas Elijah Henderson<br>Luca vision entertainment<br>furniture and appliances ect | | DEFENDANT<br>media@huppe.com CA, 92648<br>18081 Redondo cir, Huntington beach |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 Luca Vision<br>3D basketball Hoop | 12/25/2021 | Lukas Elijah Henderson |
| 2 | | Luca Vision Entertainment furniture |
| 3 | | appliances etc. |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>12/28/2023 | INCLUDED BY<br>☒ Amendment   ☐ Answer   ☐ Cross Bill   ☒ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy