1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17

| | |
|---|---|
| LUKAS HENDERSON,<br><br>             Plaintiff,<br><br>       v.<br><br><br>HUUPE,<br><br>             Defendant. | 1:24-cv-00046-BAM<br><br>ORDER REQUIRING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY DAYS |

18        Plaintiff Lukas Henderson, proceeding *pro se*, filed this civil action on January 10, 2024.

19 (Doc. 1.)  Plaintiff did not pay the $405.00 filing fee, and Plaintiff did not file an application to

20 proceed *in forma pauperis*.  As Plaintiff did not pay the filing fee or file an application to

21 proceed *in forma pauperis*, no new case documents were issued.  The Court therefore directs

22 Plaintiff to either pay the filing fee or submit an *in forma pauperis* ("IFP") application.

23        ///

24        ///

25        ///

26        ///

27        ///

28        ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.   The Clerk of Court is directed to mail Plaintiff a short form IFP application. (Form AO 240);

2.   Plaintiff shall fill out an IFP application accurately, truthfully, and completely answering all questions, and shall file the form no later than **February 14, 2024**. Alternatively, Plaintiff may pay the $405.00 filing fee to proceed with this case;

3.   No extension of time will be granted without a showing of good cause; and

4.   The failure to comply with this order will result in findings and recommendations to dismiss this action, without prejudice.

IT IS SO ORDERED.

Dated:   **January 11, 2024**                    /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE