UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKAS HENDERSON,<br><br>          Plaintiff,<br><br>     v.<br><br>HUUPE,<br><br>          Defendant. | No. 1:24-cv-00046-KES-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITH PREJUDICE<br><br>Doc. 8 |

Plaintiff Lukas Henderson proceeds pro se and in forma pauperis in this civil action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 7, 2025, the assigned magistrate judge screened plaintiff's first amended complaint and recommended that this action be dismissed with prejudice for failure to comply with Federal Rule of Civil Procedure 8 and failure to state a cognizable claim upon which relief may be granted. Doc. 8. The findings and recommendations were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days of service. *Id.* at 5. No objections have been filed, and the time in which to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the findings and

1

recommendations are supported by the record and proper analysis, except that the dismissal is without prejudice. *See Foss v. Marvic, Inc.*, 103 F.4th 887, 891–92 (1st Cir. 2024) (dismissal for failure to register copyright is not on the merits).

Accordingly,

1. The findings and recommendations issued on July 7, 2025, Doc. 8, are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of the Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:  August 7, 2025

UNITED STATES DISTRICT JUDGE

2